IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JENNIFER L.S.,

        Plaintiff,    :    Case No. 2:20-cv-6282

 - vs -                           Judge Sarah D. Morrison
                                     Magistrate Judge Jolson
COMMISSIONER OF SOCIAL
SECURITY,
                                 :

        Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on January 21, 2022. (ECF No. 22). The time for filing objections has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **OVERRULES** Plaintiff's statement of specific errors and **AFFIRMS** the Commissioner's decision. The Clerk is **DIRECTED** to **ENTER JUDGMENT** in accordance with this Order and terminate this case from the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

                                        /s/ Sarah D. Morrison
                                        **SARAH D. MORRISON**
                                        **UNITED STATES DISTRICT JUDGE**